# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | No. CR00-2032-LRR |
| vs. | | |
| ARTHUR MABRY, | | **ORDER** |
| Defendant. | | |

This matter is before the court pursuant to the defendant's motion for appointment of counsel (docket no. 706). The defendant filed such motion on July 25, 2011. The court does not intend to appoint counsel to research whether relief might be available. *See United States v. Harris*, 568 F.3d 666, 669 (8th Cir. 2009) (concluding that there is no right to assistance of counsel when pursing relief under 18 U.S.C. § 3582(c)). Further, the law at this point in time does not authorize the court to reduce the defendant's sentence. Accordingly, the defendant's motion for appointment of counsel (docket no. 706) is denied.

**IT IS SO ORDERED.**

DATED this 26th day of July, 2011.

JON STUART SCOLES
Magistrate Judge
UNITED STATES DISTRICT COURT